## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Shawn Nelson
Calcasieu Parish Jail
P.O. Box 2017
Lake Charles, LA 70602

**REHEARING ACTION: November 18, 2009**

**Docket Number: 09   01035-KH**

**STATE OF LOUISIANA**
**VERSUS**
**SHAWN NELSON**

**Writ Application from Calcasieu Parish Case No. 15009-06**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shawn Nelson** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent